IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

LANCE WRIGHT,
    Plaintiff,

v.                                                                 Civil No. 3:20cv726 (DJN)

RIVERSIDE JAIL STAFF, *et al.*,
    Defendants.

**MEMORANDUM OPINION**

By Memorandum Opinion and Order entered on October 7, 2021, the Court dismissed Plaintiff's claims against Riverside Jail Staff and Dr. Cox, denied Plaintiff's request for a refund and directed Plaintiff, within fifteen (15) days of the date of entry thereof, to notify the Court whether we wished to continue to litigate the remaining claim against Lt. Mason. (ECF Nos. 25-26.) The Court warned Plaintiff that if he failed to respond within that time, the Court would dismiss the action without prejudice pursuant to Federal Rule of Civil Procedure 41.

More than fifteen (15) days have elapsed and Plaintiff has not responded. Accordingly, the remaining action will be DISMISSED WITHOUT PREJUDICE.

Let the Clerk file a copy of the Memorandum Opinion electronically and send a copy to Plaintiff.

An appropriate Order shall issue.

                                                                      /s/
                                                  David J. Novak
                                                  United States District Judge

Richmond, Virginia
Dated: November 8, 2021